IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIPCO LLC; and ADVANCED SENSOR TECHNOLOGY, INC.,<br><br>           Plaintiffs,<br><br>vs.<br><br>THE TORO COMPANY, JLH LABS, LLC, and JASON HILL,<br><br>           Defendant. | Civil Action No. 08-CV-00505-TJS<br><br>**DEFENDANTS' STATEMENT OF UNDISPUTED FACTS** |

Defendants provide the following Statement of Undisputed Facts in support of their Motion for Partial Summary Judgment.

1. Turf Guard TG2 Dual Level Sensors ("Sensor Units") are not programmed to repeat messages from other Sensor Units.

2. Turf Guard Pedestal Repeaters ("Repeaters") are standalone repeaters; the Repeaters do not have or include sensors.

Respectfully submitted,

Date: February 4, 2009

**WOODCOCK WASHBURN LLP**

By: s/ David J. Wolfsohn
David J. Wolfsohn (Pa. I.D. 57974)
Erich M. Falke (Pa. I.D. 85958)
Cira Centre
2929 Arch Street, 12th Floor
Philadelphia, PA 19104-2891
Telephone: (215) 564-2222
Facsimile: (215) 568-3439

2

**OPPENHEIMER WOLFF & DONNELLY, LLP**

Edward M. Laine  (admitted *pro hac vice*)
David A. Prange  (admitted *pro hac vice*)
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402
Telephone:    612-607-7000
Facsimile:     612-607-7100

**ATTORNEYS FOR DEFENDANTS
THE TORO COMPANY, JLH LABS,
LLC, AND JASON HILL**

OPPENHEIMER: 2628159 v01 02/02/2009