IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIPCO LLC; and ADVANCED SENSOR TECHNOLOGY, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE TORO COMPANY, JLH LABS, LLC, and JASON HILL,<br><br>Defendant. | Civil Action No. 08-CV-00505-TJS |

### DECLARATION OF RANDY H. KATZ

I, Randy H. Katz, declare as follows:

1. I am the same Randy H. Katz who produced the expert reports titled "Expert Report of Randy H. Katz, Ph. D.," dated March 6, 2009 ("Opening Report"), and "Rebuttal Expert Report of Randy H. Katz, Ph. D.," dated March 19, 2009 ("Rebuttal Report"). I have personal knowledge of the statements made in this declaration, and if called as a witness could attest to the truth of those statements. True and correct copies of the Opening Report and the Rebuttal Report are attached hereto as Exhibits A and B, respectively. I adopt the statements in the Opening Report and the Rebuttal Report as my testimony and declare that the statements in the Opening Report and the Rebuttal Report are true and correct.

Pursuant to 28 U.S.C. § 1746, I further declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: April 7, 2009

*/s/ Randy H. Katz*
Randy H. Katz

OPPENHEIMER: 2644843 v01 04/13/2009

# Exhibits A and B

## TO DECLARATION OF RANDY H. KATZ

## Filed in Hard Copy with the Clerk's Office