## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIPCO LLC; and ADVANCED SENSOR TECHNOLOGY, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE TORO COMPANY, JLH LABS, LLC, and JASON HILL,<br><br>Defendant. | Civil Action No. 08-CV-00505-TJS |

## DECLARATION OF JASON L. HILL

I, Jason L. Hill, declare as follows:

1. I am the same Jason L. Hill who produced the expert report titled "Rebuttal Expert Report of Dr. Jason L. Hill," dated March 20, 2009 ("Rebuttal Report"). I have personal knowledge of the statements made in this declaration, and if called as a witness could attest to the truth of those statements. A true and correct copy of the Rebuttal Report is attached hereto as Exhibit A. I adopt the statements in the Rebuttal Report as my testimony and declare that the statements in the Rebuttal Report are true and correct.

2. At paragraph 77 of my Rebuttal Report I reference a change that was made to the Turf Guard source code. That change was performed on March 10, 2009.

Pursuant to 28 U.S.C. § 1746, I further declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: April 13, 2009

Jason L. Hill

# Exhibit A

## TO DECLARATION OF JASON L. HILL

# Filed Under Seal