## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIPCO LLC; and ADVANCED SENSOR TECHNOLOGY, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> THE TORO COMPANY, JLH LABS, LLC, and JASON HILL, <br><br> Defendant. | Civil Action No. 08-CV-00505-TJS |

## DECLARATION OF DAVID A. PRANGE

I, David A. Prange, declare as follows:

1.     I am an attorney with the firm Oppenheimer Wolff & Donnelly, LLP and represent Defendants in the above-captioned action. I submit this declaration in support of Defendants' Motion for Summary Judgment of Validity, Defendants' Motion for Summary Judgment of Noninfringement and Defendants' Motion for Summary Judgment Relating to Advanced Sensor Technology's Trade Secret Claims.

2.     Attached as Exhibit A is a true and correct copy of U.S. Patent No. 7,103,511 issued on September 5, 2006.

3.     Attached as Exhibit B is a true and correct copy of U.S. Patent No. 5,907,491 issued on May 25, 1999.

4.     Attached as Exhibit C is a true and correct copy of U.S. Patent No. 6,141,347 issued on October 31, 2000.

5.  Attached as Exhibit D is a true and correct copy of an article entitled "The DARPA Packet Radio Network Protocols" by John Jubin and Janet Tornow.

6.  Attached as Exhibit E is a true and correct copy of an article entitled "Low Power Systems for Wireless Microsensors" by Bult et al.

7.  Attached as Exhibit F is a true and correct copy of excerpts from the File History for U.S. Patent Application No. 09/925,269.

8.  Attached as Exhibit G is a true and correct copy of Plaintiffs' Objections and Response tot Defendants' Interrogatory No. 1 to Plaintiffs Dated February 18, 2009, dated March 23, 2009.

9.  Attached as Exhibit H is a true and correct copy of the Initial Expert Report of Dr. Edward W. Knightly Regarding Infringement of U.S. Patent No. 7,103,511, dated February 23, 2009.

10.  Attached as Exhibit I is a true and correct copy of the Supplemental Expert Report of Dr. Edward W. Knightly Regarding Invalidity of U.S. Patent No. 7,103,511, dated March 10, 2009.

11.  Attached as Exhibit J is a true and correct copy of the Rebuttal Expert Report of Dr. Edward W. Knightly Regarding Invalidity of U.S. Patent No. 7,103,511 dated March 20, 2009.

12.  Attached as Exhibit K is a true and correct copy of excerpts from the deposition transcript of Jason Hill, deposed January 21-22, 2009 and February 26, 2009.

13.  Attached as Exhibit L is a true and correct copy of the Expert Report of Dr. Benjamin Goldberg, dated February 22, 2009.

14.     Attached as Exhibit M is a true and correct copy of excerpts from the deposition transcript of Walter Norley, deposed February 19-20, 2009.

15.     Attached as Exhibit N is a true and correct copy of excerpts from the deposition transcript of Harry Harvin, deposed March 11, 2009.

16.     Attached as Exhibit O is a true and correct copy of correspondence dated July 7, 2005 from Robert Sinnema to Jane Song.

17.     Attached as Exhibit P is a true and correct copy of correspondence dated July 20, 2005 from Jane Song to Robert Sinnema.

18.     Attached as Exhibit Q is a true and correct copy of excerpts from the deposition transcript of Robert Lawrence Buckley, deposed February 27, 2009.

19.     Attached as Exhibit R is a true and correct copy of excerpts from the Expert Report of Walter Bratic, dated February 23, 3009.

20.     Attached as Exhibit S is a true and correct copy of Plaintiff Advanced Sensor Technology, Inc.'s Objections and Responses to Defendant JLH Labs, LLC's Interrogatories to Plaintiffs (Nos. 1-2), dated January 9, 2008.

21.     Attached as Exhibit T is a true and correct copy of Plaintiffs' Deposition Exhibit 27.

22.     Attached as Exhibit 14 is a true and correct copy of Defendants' Deposition Exhibit 14.

23.     Attached as Exhibit 29 is a true and correct copy of Defendants' Deposition Exhibit 29.

24.     Attached as Exhibit 30 is a true and correct copy of Defendants' Deposition Exhibit 30.

25.     Attached as Exhibit 31 is a true and correct copy of Defendants' Deposition Exhibit 31.

26.     Attached as Exhibit 32 is a true and correct copy of Defendants' Deposition Exhibit 32.

27.     Attached as Exhibit 35 is a true and correct copy of Defendants' Deposition Exhibit 35.

28.     Attached as Exhibit 36 is a true and correct copy of Defendants' Deposition Exhibit 36.

29.     Attached as Exhibit 39 is a true and correct copy of Defendants' Deposition Exhibit 39.

30.     Attached as Exhibit 40 is a true and correct copy of Defendants' Deposition Exhibit 40.

31.     Attached as Exhibit 41 is a true and correct copy of Defendants' Deposition Exhibit 41.

32.     Attached as Exhibit 42 is a true and correct copy of Defendants' Deposition Exhibit 42.

33.     Attached as Exhibit 44 is a true and correct copy of Defendants' Deposition Exhibit 44.

34.     Attached as Exhibit 47 is a true and correct copy of Defendants' Deposition Exhibit 47.

35. Attached as Exhibit 49 is a true and correct copy of Defendants' Deposition Exhibit 49.

36. Attached as Exhibit 50 is a true and correct copy of Defendants' Deposition Exhibit 50.

37. Attached as Exhibit 51 is a true and correct copy of Defendants' Deposition Exhibit 51.

38. Attached as Exhibit 53 is a true and correct copy of Defendants' Deposition Exhibit 53.

39. Attached as Exhibit 59 is a true and correct copy of Defendants' Deposition Exhibit 59.

40. Attached as Exhibit 60 is a true and correct copy of Defendants' Deposition Exhibit 60.

41. Attached as Exhibit 61 is a true and correct copy of Defendants' Deposition Exhibit 61.

42. Attached as Exhibit 62 is a true and correct copy of Defendants' Deposition Exhibit 62.

43. Attached as Exhibit 69 is a true and correct copy of Defendants' Deposition Exhibit 69.

44. Attached as Exhibit 70 is a true and correct copy of Defendants' Deposition Exhibit 70.

45. Attached as Exhibit 71 is a true and correct copy of Defendants' Deposition Exhibit 71.

46.    Attached as Exhibit 77 is a true and correct copy of Defendants' Deposition Exhibit 77.

47.    Attached as Exhibit 88 is a true and correct copy of Defendants' Deposition Exhibit 88.

Pursuant to 28 U.S.C. § 1746, I further declare under penalty of perjury that the foregoing is true and correct.

Dated:  April 16, 2009

_____
David A. Prange

6

# The Exhibits Listed Below to the

# DECLARATION OF DAVID A. PRANGE

# Filed Under Seal

H, I, J, L, O, R, T, 31, 32, 35, 36, 40, 41, 44, 47, 49, 50, 51, 60, 61, 62, 69, 70, 71, 77, 88

# The Exhibits Listed Below to the

# DECLARATION OF DAVID A. PRANGE

# Filed in Hard Copy with the Clerk's Office

A, B, C, D, E, F, G, K, M, N, P, Q, S, 14, 29, 30, 39, 42, 53 59,